DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAI DEVELOPERS LIMITED PARTNERSHIP,**
a Florida limited partnership,
Appellant,

v.

**GFS STORES, LLC,** a Delaware
limited liability company,
Appellee.

Nos. 4D16-1490 and 4D16-3243

[December 14, 2017]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE 14-018879 (12).

Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, and Stephen J. Padula of Padula Bennardo Levine, Boca Raton, and Bernard Egozi and Issac Lew of Egozi & Bennett, P.A., Aventura, for appellant.

Nancy A. Copperthwaite, Dana A. Clayton and Lorayne Perez of Akerman LLP, Miami, and Scott W. Rostock of Akerman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***